# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>ASPEN WAY ENTERPRISES, INC., d/b/a Aaron's Sales and Leasing, a Montana corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation.<br><br>Defendants. | Case No. CV 14-9-BLG-SPW<br><br>ORDER ADMITTING COUNSEL AMY Y. CHO PRO HAC VICE |

Plaintiffs American Economy Insurance Company, American States Insurance Company, and General Insurance Company of America have moved for the admission of Amy Y. Cho to practice before this Court in this case with Brooke B. Murphy to act as lead and local counsel. The application of Ms. Cho appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Amy Y. Cho *pro hac vice* (Doc. #3), is GRANTED on the condition that Ms. Cho shall do her own work. This means that Ms. Cho must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Cho, within fifteen (15) days of the date of this Order, files notices acknowledging her admission under the terms set forth above.

DATED this 28th day of January, 2014.

By: *Susan P. Watters*
SUSAN P. WATTERS
United States District Judge