IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN

DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 1:11-cv-101-SPB


VIDEOTAPED DEPOSITION OF CRYSTAL ANN VICTORIA BYRD



CRYSTAL BYRD and BRIAN BYRD, Individually

and on Behalf of all similarly situated

persons,

                Plaintiffs,

 vs.

AARON'S, INC., et al.,

                Defendants.



301 East Lathrop Road

Casper, Wyoming

July 25, 2013



EXHIBIT
B

```
 1    APPEARANCES:

 2    LEVIN, FISHBEIN, SEDRAN & BERMAN
      Attorneys at Law
 3    510 Walnut Street, Suite 500
      Philadelphia, PA  19106
 4    by FREDERICK S. LONGER

 5

 6    JAMIESON & ROBINSON
      Attorneys at Law
 7    214 South Grant Street
      Casper, WY  82601
 8    by JOHN H. ROBINSON and KYLE RIDGEWAY

 9              For the Plaintiffs

10

11    ALSTON & BIRD, LLP
      Attorneys at Law
12    One Atlantic Center
      1201 West Peachtree Street
13    Atlanta, Ga  30209
      by T.C. SPENCER PRYOR and KRISTINE McALISTER BROWN
14
                For the defendant Aaron's, Inc.
15

16    BUCHANAN INGERSOLL & ROONEY
      Attorneys at Law
17    One Oxford Center
      301 Grant Street, 20th Floor
18    Pittsburgh, PA  15219-1410
      by MATTHEW H. MEADE
19
                For the Defendants
20

21    Also Present:

22    Mr. Brian Byrd
      Mr. Jacek Boguski, Videographer
23

24

25
```

1         I N D E X   O F   E X A M I N A T I O N

2                                              Page No.

3     WITNESS:

4

5       CRYSTAL ANN VICTORIA BYRD

6   EXAMINATION BY MS. BROWN.......................   9

7   EXAMINATION BY MR. LONGER.....................  95

8

9   EXHIBITS:

10

11  1                              ..............

12  2                              ..............

13  3                              ..............

14  4                              ..............

15  5                              ..............

16  6                              ..............

17  7                              ..............

18  8                              ..............

19  9                              ..............

20  10                             ..............

21

22

23

24

25

1               PURSUANT TO NOTICE, the deposition of

2   Crystal Ann Victoria Byrd was taken in accordance wth the

3   applicable Federal Rules of Civil Procedure at 301 East

4   Lathrop Road, Casper, Wyoming, commencing at the hour of

5   9:08 a.m., the 25th day of July, 2013, before me, Alexis

6   Anderson, a Registered Professional Reporter and Notary

7   Public of the State of Wyoming.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A.    It is a Google search.

2    Q.    And, again, what is in the Google search bar

3    there?

4    A.    Nothing.

5    Q.    And does this document convey anything that is

6    confidential about you?

7    A.    No.

8    Q.    Okay.  Do you have any reason to think that

9    Aspen Way showed the information that you allege was

10   taken from your computer to any other person or entity?

11              MR. LONGER:  I don't understand the

12   question.

13              MS. BROWN:  Sure.

14              MR. LONGER:  Can you repeat it or restate

15   it?

16              MS. BROWN:  Sure.

17   Q.    (BY MS. BROWN) Do you have any reason to think

18   that Aspen Way showed the information that was taken from

19   your computer to anyone else?

20   A.    I would think so.  They gave the picture to the

21   Aaron's employee that came to my house, and who knows

22   what other employees seen all of the photos, I guess.

23   Q.    Okay.  So it is your -- you know that the

24   employee who came to your house saw the image, correct?

25   A.    Yes.

Page 73

1    Q.    Do you know that any other Aspen Way employees

2   saw the information that was taken from your computer?

3    A.    No, I do not.

4    Q.    And do you know whether, outside of Aspen Way,

5   do you know whether Aspen Way showed the information

6   taken from your computer to anyone outside the company,

7   outside Aspen Way?

8    A.    No, I do not know.

9    Q.    Do you have any reason to think, as you sit

10   here today, that Aaron's, Inc., viewed the information

11   that was taken from your computer before this lawsuit was

12   filed?

13    A.    It is, to my understanding, that all the

14   information gets sent through Aaron's and DesignerWare.

15   So every single person could have seen it.

16    Q.    Every single person who?

17    A.    Like, Aaron's corporation, all of the

18   DesignerWare people and all of the other companies.

19    Q.    So you think that they could have seen it.  Is

20   that what you said?

21    A.    Yes.

22    Q.    Do you have any reason to think that they did

23   see it?

24    A.    That's what I'm saying.  That's my reason to

25   think that they could have -- they could have seen it.